IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIDGET MAXWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CORRECT CARE SOLUTIONS, ) <br> L.L.C., ARLENE DENNIS, DAVID ) <br> DIDIER, MICHAEL AGYEI, and ) <br> PAULINE THOMAS, ) <br> ) <br> Defendants. ) | Civil Action File <br><br> No. 1:13-cv-00065-SCJ |

## PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT

Now comes the Plaintiff, pursuant to Fed.R.Civ.P. 15(a)(2), and with the consent of the Defendants, amends the Complaint filed January 7, 2013 (Doc 1), to change all references therein from the Eighth Amendment [Amendment VIII, U.S. Constitution], to the Fourteenth Amendment [Amendment XIV, U.S. Constitution].

Plaintiff and Defendants further agree that Defendants' original Answers shall apply to this amendment without the need for Defendants to file new answers.

Respectfully submitted this 14th day of January, 2014.

/s/   Mary J. Huber
Mary J. Huber
Georgia Bar No. 373700

160 Clairemont Ave., Suite 200
Decatur, GA 30030
404 378-0333 (telephone)
404 806-6243 (fax)
mary@maryjhuber.com

/s/ Lance W. Tyler
Lance W. Tyler
Georgia Bar No. 721155

Tyler Law Firm
1325 Satellite Blvd. N.W., Suite 1501
Suwanee, GA. 30024
(678) 869-5101
ltyler@tlfdui.com                                **ATTORNEYS FOR PLAINTIFF**

Consented to:

/s/   Thomas E. Lavender III
Thomas E. Lavender III
Georgia Bar No. 439389
Alison Lee Currie
Georgia Bar No.: 380782

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
1180 Peachtree Street, Suite 2900
Atlanta, Georgia 30309
(404) 348-8585
(404) 467-8845 (fax)
tlavender@lbbslaw.com
acurrie@lbbslaw.com                             **ATTORNEYS FOR DEFENDANTS**